MICHAEL N. FEUER, City Attorney - SBN 111529x
THOMAS H. PETERS, Chief Assistant City Attorney - SBN 163388
CORY M. BRENTE, Supervising Assistant City Attorney - SBN 115453
RENA M. SHAHANDEH, Deputy City Attorney - SBN 198072
E-Mail: rena.shahandeh@lacity.org
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7047 - Fax No.: (213) 978-8785

*Attorneys for Defendants* ARTURO KOENIG, ZACHARY JORDAN, ISMAEL DAVID GONZALEZ and LAWRENCE THOMPSON

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH J. GOMEZ, *et al.*,<br><br>    *Plaintiff,*<br>vs.<br><br>ARTURO KOENIG, *et al.*<br><br>    *Defendants.* | Case No. CV10-7932-GAF (DTB)<br>*Hon. Gary A. Feess, Ctrm. 740, Roybal*<br>*Magistrate Hon. David T. Bristow, Ctrm. 4, Riverside*<br><br>[PROPOSED] JUDGMENT AFTER TRIAL BY JURY |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD THEREIN:**

This action came on regularly for trial on July 22, 2014 in Courtroom "740" of the United States District Court for the Central District of California before the Honorable Gary A. Feess, United States District Court Judge. Plaintiff RALPH J. GOMEZ was represented by Michael A. Shimokaji. The Defendants, ARTURO KOENIG, ZACHARY JORDAN, ISMAEL DAVID GONZALEZ and LAWRENCE THOMPSON, were represented by Deputy City Attorney Rena M. Shahandeh.

....

....

-1-

      A jury of eight (8) persons was regularly empaneled and sworn. Witnesses were sworn and testified and documentary evidence was introduced and admitted into evidence. At the close of evidence, the Court found that there was insufficient evidence for a reasonable jury to find for the plaintiff as to Count 2 of the complaint alleging deprivation of property under the Fourteenth Amendment, and granted judgment as a matter of law pursuant to *Fed. R. Civ. Proc. 50(a)*.

      After hearing all evidence and arguments of counsel, the jury was duly instructed by the Court as to Count 1 of the complaint alleging an unlawful search in violation of the Fourth Amendment, and the cause was submitted to the jury with directions to return a verdict on the issues, if after proper deliberations, they could do so. The jury deliberated and thereafter returned to the court with their unanimous verdict as follows, to-wit:

## JURY VERDICT

WE, THE JURY, in the above-entitled action unanimously find by a preponderance of the evidence as follows:

## UNLAWFUL SEARCH

1. At the time that the Defendant Officers participated in a search of Plaintiff Ralph J. Gomez's residence, was Ralph J. Gomez on parole?

    YES __✓__         NO _____

    If you answered "Yes," go to Question 2. If you answered "No," go to Question 3.

2. At the time that the Defendant Officers participated in a search of Plaintiff Ralph J. Gomez's residence, did the Defendant Officers know that Ralph J. Gomez was on parole?

YES __✓__ NO _____

If you answered "Yes," sign and date the form and notify the Court. If you answered "No," go to Question 3.

3. Did Plaintiff Ralph J. Gomez suffer damages as a result of the search of his residence by the Defendant Officers?

YES _____ NO _____

If you answered "Yes" to Question No. 3, go to Question No. 4

4. What damages did Plaintiff Ralph J. Gomez suffer as a result of the search of his residence?

$ _____

SIGN AND DATE THE FORM AND NOTIFY THE COURT

DATED: __7-23-14__   _____# 8_____
                             Presiding Juror

**JUDGMENT**

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. That judgment be, and hereby is, entered in favor of the Defendants and against the Plaintiff;
2. That the Plaintiff shall take nothing;
3. That the Defendants recover their costs of suit herein.

DATED: July 24, 2014   _____
                       HONORABLE GARY FEESS
                       UNITED STATES DISTRICT COURT JUDGE

JS-6

-3-